IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:19CR264 |
| | § | Judge Jordan |
| PETER YIN (11) | § | |

## ELEMENTS OF THE OFFENSE

The defendant, **Peter Yin**, is charged in Count One of the Superseding Indictment with a violation of 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Alprazolam and Fentanyl Resulting in Death.  The essential elements that must be proved beyond a reasonable doubt in order to establish a violation of this section are:

1. That the defendant knowingly possessed a controlled substance;

2. That the substance was in fact Alprazolam and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl);

3. That the defendant possessed the substance with the intent to distribute it; and

4. That death resulted from use of Alprazolam and Fentanyl distributed by the defendant.

Respectfully submitted,

STEPHEN J. COX
United States Attorney

*/s/ Jay Combs*
JAY R. COMBS
Assistant United States Attorney
Texas State Bar No. 24086545
101 East Park Boulevard, Suite 500
Plano, Texas 75074
Main: 972-509-1201
Email:  Jay.Combs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October 2020, the foregoing document was filed via CM/ECF which prompts an email notification of the filing to counsel of record.

*/s/ Jay Combs*
JAY R. COMBS