ORIGINAL

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

NOV -2 2020

Clerk, U.S. District Court
Texas Eastern



| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:19CR264 |
| | § | Judge Jordan |
| PETER YIN (11) | § | |

## FACTUAL BASIS

The defendant, **Peter Yin**, hereby stipulates and agrees that at all times relevant to the Superseding Indictment herein, the following facts were true:

1. That the defendant, **Peter Yin**, who is changing his plea to guilty, is the same person charged in the Superseding Indictment.

2. That the events described in the Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. That the defendant, **Peter Yin**, knowingly and intentionally possessed with intent to distribute Fentanyl and aided and abetted others to do so.

4. That the defendant, **Peter Yin**, distributed and aided and abetted others to distribute a mixture or substance containing a detectible amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl).

5. The death of R.J.P. resulted from use of such Fentanyl distributed by the defendant, **Peter Yin**.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6.      I have read this Factual Basis and the Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 10/17/20

X Peter Y
PETER YIN
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7.      I have read this Factual Basis and the Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Superseding Indictment.

Dated: 10/17/20

MICHAEL LEVINE
Attorney for the Defendant